UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT WIEDEMAN,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:26-cv-0091-FRS (SAB)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED <u>IN</u> <u>FORMA</u> <u>PAUPERIS</u>**<br><br>(Doc. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

On January 7, 2026, Plaintiff Kurt Wiedeman ("Plaintiff"), filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2).  However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff indicates that he is not currently working and last worked in September 2021. (*Id.* at 1.)  Plaintiff further indicates that in the past 12 months, he has only received income from

1

food stamps.  (*Id.*)  Elsewhere, Plaintiff provides that he has a monthly mortgage payment of $1,130 per month, car payment of $610 a month, and other monthly expenses of $700 a month. (*Id.* at 2.)  Plaintiff reports that he owns a vehicle and home, as well as two certificates of deposit. (*Id.*)

Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.  Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.    The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2     Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3.    If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:    **January 21, 2026**                                   _____

STANLEY A. BOONE
United States Magistrate Judge

2