ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KURT WIEDEMAN,

          Plaintiff,

     vs.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:26-cv-00091-JLT-FJS

STIPULATION AND ORDER FOR AN EXTENSION OF TIME

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from May 4, 2026, up to and including July 7, 2026.  This is Defendant's first request for an extension.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion.  The undersigned currently has 29 assigned cases as well as planned leave and responsibility for handling fee matters.  Thus, it would be disingenuous for the undersigned to assert that she could adequately respond to Plaintiff's arguments without the requested extension of time.

Stip. for Ext.; 1:26-cv-00091-JLT-FJS                    1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 30, 2026

/s/ *Francesco Benavides\**
*as authorized by e-mail
FRANCESCO BENAVIDES
Attorney for Plaintiff

Dated: April 30, 2026

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:   /s/ *Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 7, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:    **April 30, 2026**

_____
UNITED STATES MAGISTRATE JUDGE