ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

KURT WIEDEMAN,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 1:26-cv-00091-JLT-FJS

**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER**

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the subjective symptom allegations and the residual functional capacity; offer the opportunity for a new hearing; take any further action needed to complete the administrative record; and to issue a new decision.

STIPULATION TO REMAND

The parties request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  June 26, 2026                    /s/ Francesco Benavides*
                                         FRANCESCO BENAVIDES
                                         Attorney for Plaintiff
                                         *Authorized via e-mail on June 26, 2026


Dated: June 26, 2026                     ERIC GRANT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Head of Program Litigation 1
                                         Social Security Administration

                           By:           /s/ Erin Jurrens
                                         ERIN JURRENS
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:    **June 26, 2026**                    _____
                                              UNITED STATES DISTRICT JUDGE


STIPULATION TO REMAND