**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KURT WIEDEMAN, | ) Case No.: 1:26-cv-0091 JLT FJS |
| Plaintiff, | ) ORDER AWARDING ATTORNEY'S FEES, EXPENSES, AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND 28 U.S.C. § 1920 |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | ) (Doc. 20) |
| Defendant. | ) |

The parties have stipulated that Plaintiff shall be awarded fees and expenses in the amount of $9,800.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $405.00 under 28 U.S.C. § 1920, for a total award of $10,205.00.  (Doc. 20 at 1-2.)

Accordingly, the Court **ORDERS**:  Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $9,800.00 pursuant to 28 U.S.C. § 2412(d) and costs in the amount of $405.00 pursuant to 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:  July 10, 2026

UNITED STATES DISTRICT JUDGE